| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Carnes, Edward E. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Eleventh Circuit | 3. Date of Report<br><br>January 27, 1992 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br>X Nomination, Date _____<br>___ Initial    ___ Annual    ___ Final | 6. Reporting Period<br><br>January 1, 1991 to December 31, 1991 |

7. Chambers or Office Address
Room 311
Alabama State House
11 South Union Street
Montgomery, AL 36130

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| x | NONE (No reportable positions) | |
| | | |
| | | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| x | NONE (No reportable agreements) | |
| | | |
| | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| | DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income) | | |
| 1 | 1989 CYE | Wages - State of Alabama | $ 75,103 |
| 2 | 1990 CYE | Wages - State of Alabama | $ 81,747 |
| 3 | 1991 CYE | Wages - State of Alabama | $ 95,070 |
| 4 | | | $ |
| 5 | | | $ |

APPENDIX Q

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Carnes, Edward E. | Date of Report<br>Jan. 27, 1992 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
  N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Carnes, Edward E. | Date of Report<br>Jan. 27, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

Page 1 of 3

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| Checking account (J) | | | | | | | | | | |
| First Alabama Bank | | | | | | | | | | |
| Montgomery, AL | | | | | | | | | | |
| A/C #02-0437-6501 | A | Int. | J | T | Exempt | | | | | |
| | | | | | | | | | | |
| Savings account (J) | | | | | | | | | | |
| First Alabama Bank | | | | | | | | | | |
| Montgomery, AL | | | | | | | | | | |
| A/C #02-0160-4155 | A | Int. | K | T | Exempt | | | | | |
| | | | | | | | | | | |
| Employees' Retirement | | | | | | | | | | |
| System of Alabama | | | | | | | | | | |
| A/C #130489 | B | Int. | K | T | Exempt | | | | | |
| | | | | | | | | | | |
| PEIRAF RSA-1 | | | | | | | | | | |
| Deferred Compensation Account | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
  (See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=more than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
  (See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=more than $1,000,000
3 Value Method Codes   Q=Appraisal   S=Assessment   T=Cash/Market
  (See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | Jan. 27, 1992 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

Page 2 of 3

| A. Description of Assets | B. Income (1) Amt. Code (A-H) | B (2) Type (div., rent, or int.) | C. Gross value (1) Value Code (J-P) | C (2) Value Method Code (Q-W) | D. Transactions (1) Type (buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code (J-P) | D (4) Gain Code (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 PEIRAF Deductible Employee | | | | | | | | | |
| 2 Contribution Account | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 Note receivable - Credit | | | | | | | | | |
| 6 Bureau of Cullman, Inc. of | | | | | | | | | |
| 7 Cullman, AL - 10% interest | A | Int. | J | T | Exempt | | | | |
| 8 | | | | | | | | | |
| 9 Certificate of Deposit (S) | | | | | | | | | |
| 10 Sterling Bank | | | | | | | | | |
| 11 Montgomery, AL | | | | | | | | | |
| 12 A/C #00000201  CD #1780 | B | Int. | K | T | Exempt | | | | |
| 13 | | | | | | | | | |
| 14 Certificate of Deposit (S) | | | | | | | | | |
| 15 Sterling Bank | | | | | | | | | |
| 16 Montgomery, AL | | | | | | | | | |
| 17 A/C #00000201  CD #1781 | A | Int. | J | T | Exempt | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & B4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=more than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=more than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | Jan. 27, 199 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.) Page 3 of 3

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate property of spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 (S) Individual Retirement Account | | | | | | | | | |
| 2 Shearson Lehman Brothers | | | | | | | | | |
| 3 A/C #445-61467-13 | A | Int. | J | T | Exempt | | | | |
| 4 | | | | | | | | | |
| 5 Merrill Lynch (DC) | | | | | | | | | |
| 6 Birmingham, AL | | | | | | | | | |
| 7 A/C #524-26804 | | | | | | | | | |
| 8 TIGR Series 5 Zero CPN | A | Int. | J | T | Exempt | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000
(See Col. C1 & D3)  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (Real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Carnes, Edward E. | Jan. 27, 1992 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

None

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee o Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent childre had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent childre: if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported we withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have bee: reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conferenc: regulations.

Signature  *Edward Earl Carnes*                     Date *January 27, 1992*

**NOTE:** ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPOR MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:    Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including ban accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debt: mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members o your household.

Edward E. and Sarah R. Carnes
December 31, 1991
(See accountants' compilation report)

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 67,509 | | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 1,500 | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | 1,703 | | | Other unpaid tax and interest | | | |
| Doubtful (Sch.1) | | | | Real estate mortgages payable—add schedule (Sch.3) | 44,348 | | |
| Real estate owned—add schedule | 165,000 | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 46,250 | | | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| Retirement accounts (Sch.2) | 90,087 | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 45,848 | | |
| | | | | Net worth | 324,701 | | |
| Total assets | 370,549 | | | Total liabilities and net worth | 370,549 | | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) (Sch.3) | Yes | | |
| On leases or contracts | None | | | | | | |
| Legal Claims (Sch.4) | None | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | 30,962 | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | None | | | | | | |

See notes to statement of financial condition